PER CURIAM.
 

 The petition is granted and Gregory Lee Hicks is hereby afforded a belated appeal of his judgments and sentences in Bay County Circuit Court case numbers 07-1980, 07-3383, 07-3472, and 07-3473.
 
 See State v. Trowell,
 
 739 So.2d 77 (Fla.1999). Upon issuance of mandate in this cause, a copy of this opinion will be provided to the clerk of the circuit court who shall treat it as a notice of appeal. Fla. R.App. P. 9.141(c)(5)(D).
 

 
 *145
 
 The circuit court is directed to appoint counsel to represent Hicks in that appeal if he qualifies for such an appointment.
 

 PETITION GRANTED.
 

 KAHN, BENTON, and ROBERTS, JJ., concur.